FILE COPY



**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE E. MEYERS**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

Wednesday, April 01, 2015

Edward F. Shaughnessy III
206 E. Locust Street
San Antonio, TX 78212
* DELIVERED VIA E-MAIL *

District Attorney Victoria County
Stephen B. Tyler
205 N Bridge, Ste 301
Victoria, TX 77901
* DELIVERED VIA E-MAIL *

Brendan Wyatt Guy
Assistant Criminal District Attorney
205 N. Bridge St., Ste. 301
Victoria, TX 77901
* DELIVERED VIA E-MAIL *

**Re:** The State of Texas v. Michael Eric Rendon
**CCA No.** PD-0013-15, PD-0015-15

In error, you were notified that oral argument would be permitted for these cause numbers.

Oral argument will not be permitted.

Please call if you have any questions.

Sincerely,

Abel Acosta, Clerk